UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 15869
    SYLVESTER ELZIE
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-8114

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/02/2006 and was confirmed 05/10/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 11/29/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EASTERN SAVINGS BANK | CURRENT MORTG | .00 | .00 | .00 |
| EASTERN SAVINGS BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 23112.00 | 546.27 | 2839.48 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | .13 | .00 | .00 |
| FIRST PREMIER | UNSECURED | NOT FILED | .00 | .00 |
| BENEFICIAL HFC | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | 129.79 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | 225.56 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 2361.65 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2300.09 | .00 | .00 |
| EASTERN SAVINGS BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 109.37 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 5414.94 | .00 | .00 |
| GLOBAL PAYMENTS CHECK SE | UNSECURED | 1000.00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 130.75 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,314.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 226.25 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,612.00 | |

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 15869 SYLVESTER ELZIE

```
PRIORITY                                                    .00
SECURED                                               2,839.48
     INTEREST                                           546.27
UNSECURED                                                  .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                   226.25
DEBTOR REFUND                                            .00
                         ---------------   ---------------
TOTALS                         3,612.00          3,612.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE